## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | | |
|---|---|---|
| DONNELLY J. LEBLANC, | : | No. 116 MM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| SUPERIOR COURT OF PENNSYLVANIA, | : | |
| COURT OF COMMON PLEAS, | : | |
| LANCASTER COUNTY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of February, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.